ing the victim. The judgment of convictions is affirmed. Rule 30.25(b).

■

**In the Interest of S.A.J.C.H, Plaintiff;**

**Juvenile Officer, Respondent,**

v.

**S.D.H. (Natural Mother), Appellant.**

**No. WD 58794.**

Missouri Court of Appeals,
Western District.

Feb. 13, 2001.

David R. Schmitt, St. Joseph, Attorney and Guardian.

Ronald R. Holliday, St. Joseph, Attorney for Respondent.

Before ULRICH, P.J., LOWENSTEIN and HOLLIGER, J.J.

### ORDER

PER CURIAM.

Appellant S.D.H. appeals from a judgment terminating her parental rights to S.A.J.C.H. under §§ 211.447.2(1) and 211.447.4(3), RSMo. Cum.Supp.1999. The court holds that the decision to terminate parental rights was in the best interest of the child and the statutory grounds were supported by clear, cogent and convincing evidence. Affirmed. Rule 84.16(b).

■

**In the Interest of C.S.;**

**B.W.S. and P.S., Respondent,**

v.

**I.G., Appellant.**

**No. WD 58210.**

Missouri Court of Appeals,
Western District.

Feb. 13, 2001.

Cheri C. Simpkins, Independence, for Appellant.

John L. Fitzgerald, Jr., James A. Waits, Kansas City, for Respondents.

Before SPINDEN, P.J., EDWIN H. SMITH and NEWTON, JJ.

### ORDER

PER CURIAM.

I.G. appeals the trial court's judgment terminating her parental rights under § 211.447, RSMo Supp.1998.

For reasons set forth in the memorandum provided to the parties, we affirm the judgment. Rule 84.16(b).